UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota Tower Systems, Inc., a Delaware corporation; ACC of Minnesota Corporation, doing business as "Cellular One," a Delaware corporation; Northern PCS Services, LLC, a Minnesota limited liability company,

Plaintiffs,

vs.

Becker County of Minnesota; Becker County Board of Commissioners,

Defendants.

Court File No.: 00 CV-738 MJD/RLE

**ORDER**

---

The Defendants, Becker County of Minnesota and Becker County Board of Commissioner, has moved for a one month extension of time in which to interpose an Answer to the Complaint. The parties have stipulated to the Court allowing this extension. Based upon the Court's review of the file and the accompanying Stipulation, the Court hereby grants the Defendants' motion and hereby extends the Defendants' deadline to interpose an Answer until May 8, 2000.

Dated: April 17, 2000

By: Raymond L. Erickson
Magistrate Judge Raymond L. Erickson

APR 17 2000

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(3)