AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Minnesota Tower Systems, Inc., a Delaware corporation; ACC of Minnesota Corporation, doing business as "Cellular One," a Delaware corporation; Northern PCS Services, LLC, a Minnesota limited liability company,

Plaintiffs,

v.

Becker County of Minnesota; Becker County Board of Commissioners,

Defendants.

CIVIL FILE NO. 00-CV-738 MJD/RLE

NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

**NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the Court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been

FILED JUL
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

assigned.

An appeal for a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this Judicial Circuit in the same manner as an appeal from any other judgment of this District Court.

**CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
| --- | --- | --- |
| County of Becker | [signature] | 6/28/00 |
| Becker County Board of Commissioners | [signature] | 6/28/00 |
| Minnesota Tower Systems | [signature] | 6/28/00 |
| ACC of Minnesota Corporation | [signature] | 6/28/00 |
| Northern PCS Services, LLC | [signature] | 6/28/00 |

**ORDER OF REFERENCE**

IT IS ORDERED that this case be referred to Raymond L. Erickson, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date 7.12.00 United States District Judge

GP:708540 v1

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**

GP:708540 v1

Minnesota Tower Systems, Inc. v. Becker County of Minnesota
Court File No. 00-CV-738 MJD/RLE

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Gail M. Bettendorf, being first duly sworn, deposes and says on oath that on the 28th day of June, 2000, she served the attached:

NOTICE, CONSENT AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE and [JOINT PROPOSED] PRETRIAL ORDER.

upon the following:

Paul D. Reuvers, Esq.
Erstad & Riemer
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431

by arranging for the deposit of a true and correct copy thereof in a sealed envelope duly addressed to the above, postage prepaid, in the United States mails at Minneapolis, Minnesota.

Gail Bettendorf
Gail Bettendorf

Subscribed and sworn to before me this
28th day of June 2000.

Paula K Svendahl
Notary Public:
My Commission Expires:

PAULA K. SVENDAHL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan 31, 2005

GP:710084 v1/78548