# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MINNESOTA TOWER SYSTEMS, INC., a Delaware corporation; ACC of Minnesota Corporation, doing business as "Cellular One," a Delaware corporation; Northern PCS Services, LLC, a Minnesota limited liability company

Plaintiffs

Case No: Civ. 00-738 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

BECKER COUNTY OF MINNESOTA; BECKER COUNTY BOARD OF COMMISSIONERS

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements, or attorney's fees to any party.

FRANCIS E. DOSAL, CLERK

Dated: November 14, 2000

Susan E Anderson

Division Manager

N:\JUDGMENT.CIV

11

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Minnesota Tower Systems, Inc., a Delaware corporation; ACC of Minnesota Corporation, doing business as "Cellular One," a Delaware corporation; Northern PCS Services, LLC, a Minnesota limited liability company,

Plaintiffs,

vs.

Becker County of Minnesota; Becker County Board of Commissioners,

Defendants.

Court File No.: 00 CV-738 MJD/RLE

**ORDER OF DISMISSAL**

The Court, having been presented with a Stipulation for Dismissal with Prejudice on behalf of the above parties, makes the following Order.

IT IS HEREBY ORDERED:

1. That the Conditional Use Permit, attached to the Stipulation for Dismissal with Prejudice, shall be considered the actual Conditional Use Permit and shall be effective upon the date of this Order.

2. That Becker County shall immediately issue any required permits for the construction of the communications tower described in the Conditional Use Permit.

3. That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements, or attorney's fees to any party.

BY THE COURT:

Dated: 11/13/00

By: Raymond L. Erickson
Magistrate Judge Raymond L. Erickson

(10)

FILED NOV 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD NOV 14 2000
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Minnesota Tower Systems, Inc., a Delaware corporation; ACC of Minnesota Corporation, doing business as "Cellular One," a Delaware corporation; Northern PCS Services, LLC, a Minnesota limited liability company,

Plaintiffs,

vs.

Becker County of Minnesota; Becker County Board of Commissioners,

Defendants.

Court File No.: 00 CV-738 MJD/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that all of Plaintiffs' claims in the above-entitled cause of action have been fully compromised and settled on the following basis. The parties, through their undersigned attorneys, hereby stipulate to the Court issuing the attached Conditional Use Permit.

IT IS FURTHER STIPULATED, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements or attorney's fees to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements or attorney's fees to any of the parties, may be entered herein.

(9)

NOV 14 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ERSTAD & RIEMER, P.A.

Dated: November 9, 2000

By: ______________________

Paul D. Reuvers, #217700
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

Dated: 11/10/00

By: ______________________

Peter K. Beck, #5927
Attorneys for Plaintiffs
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

**STATE OF MINNESOTA** **BECKER COUNTY ZONING**

**COUNTY OF BECKER** **PERMIT FOR USE**

This is to Certify that under the Zoning Ordinance of Becker County, Property described as follows may be used as indicated:

**ADDRESS OF PROPERTY:**

49499 State Highway No. 34
Osage, MN 56570

**LEGAL DESCRIPTION:**

Part of SE 1/4 of NE 1/4, Section 33, Township 140N, Range 37W, Carsonville Township.

**OWNER:**

Wesley Latto
49499 State Highway No. 34
Osage, MN 56570

**APPLICANTS:**

Minnesota Towers, Inc.
American Cellular

**EXACT DESCRIPTION OF USE PERMITTED AND CONDITIONS:**

A Conditional Use Permit to allow a 420 foot multi-tenant telecommunications tower and up to three 12x24 equipment buildings, provided the buildings are reasonably screened from any public roadway, as Ordered by Magistrate Judge Raymond L. Erickson.

**Must Obtain All Required Building Permits**

**NOTICE:** This Use CAN NOT BE CHANGED to any other Use without a new Permit from the Zoning Administrator.